# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Wright, Darrell, | : |
| | : |
| | : Civil Action No.: 1:10-cv-10480-MLW |
| Plaintiff, | : |
| v. | : |
| | : |
| Howard Lee Schiff; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Howard Lee Schiff with prejudice and without costs to any party.

| Wright, Darrell | Howard Lee Schiff |
|---|---|
| ___/s/ Sergei Lemberg_____ | _/s/ Karen Wisniowski_____ |
| Sergei Lemberg, Esq. | Karen J. Wisniowski |
| BBO No.: 650671 | Law Office of Howard Lee Schiff, P.C. |
| LEMBERG & ASSOCIATES | 510 Tolland Street |
| 1100 Summer Street, 3rd Floor | East Hartford, CT 06028 |
| Stamford, CT  06905 | 860-528-9992 |
| 203-653-2250 | Fax: 860-528-7602 |
| Fax: 203-653-3424 | Email: |
| Email: slemberg@lemberglaw.com | kwisniowski@hlschiffpc.com Attorney for |
| Attorney for Plaintiff | Defendant |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) which sent notice of such filing to the following:

Karen J. Wisniowski
Law Office of Howard Lee Schiff, P.C.
510 Tolland Street
East Hartford, CT 06028

By /s/ Sergei Lemberg
Sergei Lemberg